SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
THEONA ZHORDANIA, Cal. Bar No. 254428
  E-mail: tzhordania@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendants
SMART LIVING COMPANY and
EMERCHANTCLUB, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BURTON, individually and on behalf of all others similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> SMART LIVING COMPANY and EMERCHANTCLUB, LLC and DOES 1-10,, <br><br> Defendants. | Case No. 1:17-CV-00718 <br><br> Hon. Haywood S. Gilliam, Jr. <br><br> **ORDER GRANTING SUBSTITUTION OF COUNSEL** |

The motion to substitute counsel filed by Defendants SMART LIVING COMPANY and EMERCHANTCLUB, LLC substituting Theona Zhordania of Sheppard, Mullin, Richter, & Hampton LLP as its counsel of record in place and instead of Lewitt, Hackman, Shapiro, Marshall & Harlan is hereby approved and so ORDERED.

DATED: May 8, 2017

*[signature]*
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE