SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
THEONA ZHORDANIA, Cal. Bar No. 254428
  E-mail: tzhordania@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendants
SMART LIVING COMPANY and
EMERCHANTCLUB, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONNA BURTON, individually and on behalf of all others similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> SMART LIVING COMPANY and EMERCHANTCLUB, LLC and DOES 1-10,, <br><br> Defendants. | Case No. 4:17-CV-00718-HSG <br><br> Hon. Haywood S. Gilliam, Jr. <br><br> **CLASS ACTION** <br><br> **ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1 **<u>ORDER</u>**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management

3 Conference be continued to June 13, 2017 at 2:00 p.m. The parties shall submit their Case

4 Management Statement by June 6, 2017.

5

6 DATED: May 9, 2017

7 Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE