Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNA BURTON, <br><br> Plaintiffs, <br><br> vs. <br><br> SMART LIVING COMPANY and EMERCHANTCLUB, LLC., <br><br> Defendant. | Case No. 4:17-CV-00718-HSG <br><br> **ORDER OF DISMISSAL** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, Donna Burton, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 2nd day of August

Honorable Haywood S. Gilliam, Jr.